**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Jesus PEREZ–CHAVEZ, a.k.a. Jesus Perez, a.k.a. Jose Perez–Chavez, Defendant–Appellant.**

**No. 14–10331.**

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2015.*

Filed April 10, 2015.

Peter Davis Sax, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Bradley Roach, Roach Law Firm LLC, Tucson, AZ, for Defendant–Appellant.

Before: FISHER, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

Jose Jesus Perez–Chavez appeals from the district court's judgment and challenges his guilty-plea conviction and 21–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Perez–Chavez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Per-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

 

ez–Chavez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.